# United States Court of Appeals
## For the First Circuit

No. 14-1421

MICHAEL W. CUTTING; WELLS STALEY-MAYS; and ALISON E. PRIOR,

Plaintiffs, Appellees,

v.

CITY OF PORTLAND, MAINE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 11, 2015, is amended as follows:

On page 17, line 6, delete the comma after "look" in the quoted text.

On page 18, line 18, change "Plaintiffs" to "plaintiffs."

On page 19, line 1, change "were" to "where."